PATRICK FAGUNDES
PRO SE
220 Golden Gate Ave., Rm. 712
San Francisco, CA 94102

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PATRICK FAGUNDES,

        Plaintiff Pro Se,

vs.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

        Defendant.

) Case No. 3:16-03462-JST
)
) **STIPULATION AND PROPOSED ORDER**
) **FOR AN EXTENSION OF TIME FOR**
) **PLAINTIFF TO FILE MOTION FOR**
) **SUMMARY JUDGMENT**
)

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have a first extension of time of 90 days to file his Motion for Summary Judgment in response to Defendant's Answer. The new due date for filing Plaintiff's Motion for Summary Judgment will be February 20, 2017.

This extension is necessary for Plaintiff to find an attorney to represent him in this matter. Plaintiff Pro Se sincerely apologizes to the Court and to Defendant for any inconvenience caused by this delay. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND PROPOSED ORDER; CASE NO. 3:16-CV-03462-JST

1

Respectfully submitted,

Dated: November 2, 2016

*/s/Patrick Fagundes*
Plaintiff Pro Se

Dated: November 2, 2016

BRIAN J. STRETCH
United States Attorney
SARA WINSLOW,
Chief, Civil Division

By: */s/Carolyn B. Chen*
(* as authorized by e-mail on 11/2/2016)
CAROLYN B. CHEN
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED

Dated: November 7, 2016

By: _____
THE HONORABLE JUDGE JON S. TIGAR
United States District Judge

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND PROPOSED ORDER; CASE NO. 3:16-CV-03462-JST