BRIAN J. STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FAGUNDES,<br><br>    Plaintiff,<br><br>  vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:16-cv-03462-JST<br><br>STIPULATION FOR AN EXTENSION OF TIME OF 65 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 65 days to respond to Plaintiff's motion for summary judgment. This is the first continuance sought by Defendant. The current due date is March 20, 2017. The new due date will be May 24, 2017.

    There is good cause for this request. Since the filing of Plaintiff's motion for summary judgment, Defendant's counsel has been diligently addressing a backlog of cases and heavy workload due to her multiple-weeks long absences after two major medical emergencies at the end of 2016. In the last week, she also experienced an unanticipated mild medical condition that affected her ability to work and required her to be on leave. Furthermore, Defendant's counsel was assigned an urgent Equal Employment Opportunity Commission (EEOC) case with an

upcoming April deadline that could not be assigned to another attorney, and counsel is also scheduled to appear for an oral argument hearing in the Ninth Circuit of Appeals for another case, in mid-May 2017, that was confirmed months ahead.  Despite counsel's diligence and given counsel's continuing heavy workload in the next months, Defendant is requesting additional time up to and including May 24, 2017, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment.  This request is made in good faith with no intention to unduly delay the proceedings.

        The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: March 14, 2017        BAY AREA LEGAL AID

*s/ Donald H. Medearis by C.Chen\**
(As authorized by e-mail on 3/13/2017)
DONALD H. MEDEARIS
Attorney for Plaintiff

Date: March 14, 2017        BRIAN J. STRETCH
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: March 14, 2017_____      _____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

2